## SCHAAF, ADMINISTRATOR, *v.* RAGOR ET. AL.

[No. 11,189.    Filed November 15, 1922.]

From Lake Superior Court; *Virgil S. Reiter,* Judge.

Action between F. Richard Schaaf, administrator of the estate of John Brenock, deceased, and Emmeline C. Ragor and others. From the judgment rendered, the former appeals.   *Affirmed.*

*George McMahan* and *Crumpacker & Crumpacker,* for appellant.

*J. Kopelke, Frank J. Quinn* and *Ben F. Goldstein,* for appellees.

PER CURIAM.—Judgment affirmed.

---

## RECTOR *v.* CITY OF ANDERSON.

[No. 11,569.    Filed November 15, 1922.]

From Madison Superior Court; *Fred C. Gause,* Special Judge.

Action between Willard E. Rector and the City of Anderson. From the judgment rendered, the former appeals.   *Appeal dismissed.*

*John W. Lovett* and *Arthur A. Beckman,* for appellant.

*Oswald Ryan, Dent, Dobyns & Freeman, J. A. VanOsdol* and *Philip B. O'Neill,* for appellee.

REMY, J.—Dismissed, on authority of *Kieselbach* v. *Feuer* (1915), 183 Ind. 582, 109 N. E. 842; *Williams* v. *Richards* (1899), 152 Ind. 528, 53 N. E. 765.